# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

May 16, 2018

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. David Blaszczak et al., No. 17 Cr. 357 (LAK)**

Dear Judge Kaplan:

We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to travel from Maryland to Long Island, New York tomorrow, May 17, 2018, returning to Maryland on Saturday, May 19, to attend funeral services for his wife's grandmother.

We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to this request. We have alerted the government, which likewise does not object to this request.

Respectfully submitted,

s/ John A. Nathanson
Stephen Fishbein
John Nathanson
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4424/8611
Facsimile: 646-848-4424/8611
sfishbein@shearman.com
john.nathanson@shearman.com

*Attorneys for Christopher Worrall*

ABU DHABI | BEIJING | BRUSSELS | DUBAI | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MILAN | NEW YORK
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SAUDI ARABIA* | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.
*DR. SULTAN ALMASOUD & PARTNERS IN ASSOCIATION WITH SHEARMAN & STERLING LLP

The Honorable Lewis A. Kaplan                                              May 16, 2018
Page 2

CC (by email):    Ian McGinley
                  Joshua Naftalis
                  Brooke Cucinella
                  *Assistant United States Attorneys*

                  Scott Holtzer
                  Francesca Tessier-Miller
                  *Pre-Trial Services Officers*