UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                :
:
      v.                                  :   No. 17 Cr. 357 (LAK)
:
DAVID BLASZCZAK,                         :
THEODORE HUBER,                          :
ROBERT OLAN, and                         :
CHRISTOPHER WORRALL,                     :
:
                Defendants.   :
-----------------------------------------------------------x

## NOTICE OF RENEWED MOTION FOR A JUDGMENT OF ACQUITTAL

PLEASE TAKE NOTICE that upon the forthcoming memorandum of law due to be filed on May 31, 2018, and any supporting materials thereto, Defendant Christopher Worrall, by and through his counsel, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date to be set by the Court, for a judgment of acquittal on counts three and nine of the superseding indictment on the basis of insufficient evidence pursuant to Rule 29 of the Federal Rules of Criminal Procedure, and for such other relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>       May 17, 2018 | Respectfully submitted,<br><br>SHEARMAN & STERLING LLP<br><br>By:   /s/   Stephen Fishbein<br>       Stephen Fishbein<br>       John Nathanson<br>       599 Lexington Avenue<br>       New York, New York 10022<br>       Tel. (212) 848-4000<br>       sfishbein@shearman.com<br>       john.nathanson@shearman.com<br><br>*Counsel for Defendant Christopher Worrall* |