# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

**D:** 212.848.4424                                                                                          sfishbein@shearman.com
**D:** 212.848.8611                                                                                     john.nathanson@shearman.com

**Submitted via ECF**

May 29, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

<u>United States v. David Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to travel to:

- Mount Laurel, New Jersey for the funeral of family member on May 30, returning May 31;

- Gettysburg, Pennsylvania for his son's baseball tournament on June 1, returning June 3;

- Woodward, Pennsylvania to drop off and pick up his daughter from camp on June 17 and June 23, respectively; and

- Virginia Beach, Virginia with his wife on July 3, returning July 4.

We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to this request. We have alerted the government, which likewise does not object to this request.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

The Honorable Lewis A. Kaplan
May 29, 2018


Respectfully submitted,

s/ John Nathanson
Stephen Fishbein
John Nathanson
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4424/8611
Facsimile: 646-848-4424/8611
sfishbein@shearman.com
john.nathanson@shearman.com


*Attorneys for Christopher Worrall*

CC (by email):   Ian McGinley
Joshua Naftalis
Brooke Cucinella
*Assistant United States Attorneys*

Scott Holtzer
Francesca Tessier-Miller
*Pre-Trial Services Officers*