# Kramer Levin

**Barry H. Berke**
Partner
T 212-715-7560
F 212-715-7660
BBerke@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

July 17, 2018

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

      We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with his family to California from July 25 to July 28 and to Maine from August 11 to August 16. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's Pre-Trial Services Officer.

Respectfully submitted,

/s/ Barry H. Berke
Barry H. Berke
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley, Josh Naftalis and Brooke Cucinella
    *Assistant United States Attorneys*

    Jane Cofone
    *Pre-Trial Services Officer*