# Kramer Levin

**Barry H. Berke**
Partner
T  212-715-7560
F  212-715-7660
BBerke@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

July 17, 2018

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED JUL 17 2018 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 17 2018

Re:   United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with his family to California from July 25 to July 28 and to Maine from August 11 to August 16. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's Pre-Trial Services Officer.

**MEMO ENDORSED**
Application granted on consent.

So Ordered: /s/
Hon. Laura T. Swain, U.S.D.J.-Part I
Dated:  7/17/2018

Respectfully submitted,

/s/ Barry H. Berke
Barry H. Berke
Dani R. James
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley, Josh Naftalis and Brooke Cucinella
*Assistant United States Attorneys*

Jane Cofone
*Pre-Trial Services Officer*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
KL3 3175409.1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2018

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

        Re:    United States v. David Blaszczak et al.
                  17 Cr. 357 (LAK)

Dear Judge Kaplan:

        The Government writes in response to defendant Theodore Huber's July 17, 2018 request to modify the terms of his bail to permit him to travel with his family to California from July 25 to 28, 2018, and to Maine from August 11 to August 16, 2018 trial. The Government has no objection to the defendant's request.

                                      Respectfully submitted,

                                      ROBERT KHUZAMI
                                      Attorney for the United States
                                      Acting Under Authority Conferred
                                      by 28 U.S.C. § 515

                                By: /s/
                                      Ian McGinley
                                      Joshua A. Naftalis
                                      Assistant United States Attorneys
                                      (212) 637-2257/2310

cc:    Barry Berke, Esq. (by e-mail)
        Dani James, Esq. (by e-mail)
        Jane Cofone, Pre-Trial Services (by e-mail)