# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

**D:** 212.848.4424 sfishbein@shearman.com
**D:** 212.848.8611 john.nathanson@shearman.com

**Submitted via ECF**

August 1, 2018

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

<u>United States v. David Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to travel to Ocean City, New Jersey to visit family on August 3, returning August 4.

We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to this request. We have alerted the government, which likewise does not object to this request.

Respectfully submitted,

s/ John Nathanson
Stephen Fishbein
John Nathanson
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4424/8611
Facsimile: 646-848-4424/8611
sfishbein@shearman.com
john.nathanson@shearman.com

*Attorneys for Christopher Worrall*

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

The Honorable Lewis A. Kaplan
August 1, 2018


CC (by email):   Ian McGinley
                 Joshua Naftalis
                 *Assistant United States Attorneys*

                 Scott Holtzer
                 Francesca Tessier-Miller
                 *Pre-Trial Services Officers*