# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Daniel M. Sullivan*
*646-837-5132*
*dsullivan@hsgllp.com*

June 26, 2019

**SUBMITTED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     <u>United States v. David Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to travel by car to Charlottesville, Virginia, to watch his son's baseball tournament. He would be staying at a hotel in Charlottesville, checking in July 4 and checking out July 8.

We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to this request. We have alerted the government, which likewise does not object to this request.

Respectfully submitted,

/s/ Daniel M. Sullivan
Daniel M. Sullivan
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
dsullivan@hsgllp.com

*Attorneys for Christopher Worrall*

cc (by email):  Ian McGinley
Joshua Naftalis
*Assistant United States Attorneys*


Scott Holtzer
Francesca Tessier-Miller
*Pre-Trial Services Officers*