# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Daniel M. Sullivan*
*646-837-5132*
*dsullivan@hsgllp.com*

October 21, 2019

**SUBMITTED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. David Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

    We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to undertake the following travel. We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to these requests. We have alerted the government, which likewise does not object to these requests.

- October 26-27, 2019: Travel by car to Philadelphia, Pennsylvania for a birthday party.
- November 15-19, 2019: Travel by plane to Las Vegas, Nevada to celebrate Mr. Worrall's wife's birthday (this request merely adjusts the schedule pertaining to a previously granted travel request, *see* Dkt. 446)
- November 22-24, 2019: Travel by plane to Fort Lauderdale, Florida for the wedding of Mr. Worrall's brother.

Respectfully submitted,

/s/ Daniel M. Sullivan
Daniel M. Sullivan
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
dsullivan@hsgllp.com
*Attorneys for Christopher Worrall*

cc (by email):  Ian McGinley
Joshua Naftalis
*Assistant United States Attorneys*

Scott Holtzer
Francesca Tessier-Miller
*Pre-Trial Services Officers*