# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue, 14th Floor
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

*Daniel M. Sullivan*
646-837-5132
dsullivan@hsgllp.com

October 21, 2019



**SUBMITTED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. David Blaszczak et al.*, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to undertake the following travel. We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to these requests. We have alerted the government, which likewise does not object to these requests.

- October 26-27, 2019: Travel by car to Philadelphia, Pennsylvania for a birthday party.
- November 15-19, 2019: Travel by plane to Las Vegas, Nevada to celebrate Mr. Worrall's wife's birthday (this request merely adjusts the schedule pertaining to a previously granted travel request, *see* Dkt. 446)
- November 22-24, 2019: Travel by plane to Fort Lauderdale, Florida for the wedding of Mr. Worrall's brother.

SO ORDERED Approved
LEWIS A. KAPLAN USDJ
10/22/19

        Respectfully submitted,

        /s/ Daniel M. Sullivan
        Daniel M. Sullivan
        Holwell Shuster & Goldberg LLP
        425 Lexington Avenue, 14th Floor
        New York, NY 10017
        dsullivan@hsgllp.com
        *Attorneys for Christopher Worrall*

cc (by email): Ian McGinley
                Joshua Naftalis
                *Assistant United States Attorneys*

                Scott Holtzer
                Francesca Tessier-Miller
                *Pre-Trial Services Officers*



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2019

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

      Re:    United States v. David Blaszczak et al.
               S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

      The Government writes in response to defendant Christopher Worrall's October 21, 2019 letter requesting permission to take various trips. The Government has no objection to the defendant's requests.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    Attorney for the United States,
                                    Acting Under Authority Conferred
                                    by 28 U.S.C § 515

                               By: /s/_____
                                    Ian McGinley
                                    Joshua A. Naftalis
                                    Assistant United States Attorneys
                                    (212) 637-2257/2310

cc:    Daniel Sullivan, Esq.
        Stephen Fishbein, Esq.
        John Nathanson, Esq.
        Scott Holtzer, Pretrial Services
        Francesca Tessier-Miller, Pretrial Services