# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Daniel M. Sullivan*
*646-837-5132*
*dsullivan@hsgllp.com*

January 9, 2020

**SUBMITTED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. David Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

  We write on behalf of Christopher Worrall. As Your Honor may be aware, on December 30, 2019, the Second Circuit affirmed the judgment in these cases. Although Mr. Worrall continues to pursue further options for appellate relief, he has decided to begin serving the sentence imposed by this Court's judgment, which imposed a sentence of "20 months on each count" of conviction, "the terms to run concurrently," and recommended to the Bureau of Prisons that Mr. Worrall "be designated to a minimum security camp, specifically SCP Cumberland." Dkt. 402 at 2.

  Accordingly, Mr. Worrall requests that he be permitted to surrender to the Bureau of Prisons on either February 10, 11, 12, or 14, 2020. In the event that Mr. Worrall has not been designated to a specific camp by a week before the surrender date, he requests that he be permitted instead to surrender a week after such designation.

  Undersigned counsel has conferred with counsel for the government and is authorized to say that the government consents to these requests.

Respectfully submitted,

/s/ Daniel M. Sullivan

Daniel M. Sullivan
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
dsullivan@hsgllp.com
*Attorneys for Christopher Worrall*

cc (by email):  Ian McGinley
Joshua Naftalis
*Assistant United States Attorneys*


Scott Holtzer
Francesca Tessier-Miller
*Pre-Trial Services Officers*