# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel:  (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Daniel M. Sullivan*
*646-837-5132*
*dsullivan@hsgllp.com*

January 28, 2020

**SUBMITTED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. David Blaszczak et al.*, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

        We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to undertake the following travel.  We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to these requests.  We have alerted the government, which likewise does not object to them.

- February 8-9, 2020: Travel to Pottstown, Pennsylvania for a field hockey tournament in which Mr. Worrall's daughter is playing. Mr. Worrall will stay at a hotel the night of February 8, and the hotel information has been provided to pretrial.

Respectfully submitted,

/s/ Daniel M. Sullivan
Daniel M. Sullivan
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
dsullivan@hsgllp.com
*Attorneys for Christopher Worrall*

cc (by email):  Ian McGinley
Joshua Naftalis
*Assistant United States Attorneys*


Scott Holtzer
Francesca Tessier-Miller
*Pre-Trial Services Officers*