# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

**MEMO ENDORSED**

*Daniel M. Sullivan*
*646-837-5132*
*dsullivan@hsgllp.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JAN 2 9 2020
```

January 28, 2020

**SUBMITTED VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. David Blaszczak et al.*, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

    We write on behalf of Christopher Worrall to respectfully request that Mr. Worrall be permitted to undertake the following travel.  We have communicated with Mr. Worrall's pre-trial services officers in the District of Maryland and the Southern District of New York, and the officers do not object to these requests.  We have alerted the government, which likewise does not object to them.

- February 8-9, 2020: Travel to Pottstown, Pennsylvania for a field hockey tournament in which Mr. Worrall's daughter is playing. Mr. Worrall will stay at a hotel the night of February 8, and the hotel information has been provided to pretrial.

Respectfully submitted,

**MEMO ENDORSED**

/s/ Daniel M. Sullivan
Daniel M. Sullivan
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
dsullivan@hsgllp.com
*Attorneys for Christopher Worrall*

*Granted on consent*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
1/28/2020

cc (by email): Ian McGinley
Joshua Naftalis
*Assistant United States Attorneys*


Scott Holtzer
Francesca Tessier-Miller
*Pre-Trial Services Officers*



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 28, 2020

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York  10007

*RECEIVED*
*JAN 28 2020*
*JUDGE KAPLAN'S CHAMBERS*

      Re:   <u>United States</u> v. <u>David Blaszczak et al.</u>
           S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

      The Government writes in response to defendant Christopher Worrall's January 28, 2020 letter requesting permission to travel in February 2020.  The Government has no objection to the defendant's request.

      Respectfully submitted,

      AUDREY STRAUSS
      Attorney for the United States,
      Acting Under Authority Conferred
      by 28 U.S.C § 515

      By: <u>/s/</u>
          Ian McGinley
          Joshua A. Naftalis
          Assistant United States Attorneys
          (212) 637-2257/2310

cc:    Daniel Sullivan, Esq.
       Stephen Fishbein, Esq.
       John Nathanson, Esq.
       Scott Holtzer, Pretrial Services
       Francesca Tessier-Miller, Pretrial Services