**Kramer Levin**

| | |
|---|---|
| **Dani R. James**<br>Partner<br>T  212-715-9363<br>F  212-715-8069<br>DJames@KRAMERLEVIN.com | 1177 Avenue of the Americas<br>New York, NY 10036<br>T  212.715.9100<br>F  212.715.8000 |

January 21, 2021

BY ECF

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)</u>

Dear Judge Kaplan:

      We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Hawaii with his family from February 12, 2020 until February 20, 2020. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut.  While Mr. Huber's probation officer has advised that her office takes no position on requests to travel outside of the continental U.S., the government, by Assistant United States Attorney Joshua Naftalis, consents to this application.

      Sincerely,

      /s/ Dani R. James
      Dani R. James
      Nolan J. Robinson
      Kramer Levin Naftalis & Frankel LLP
      *Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
      *Assistant United States Attorneys*

      Lisa van Sambeck
      *U.S. Probation Officer*