# Kramer Levin

**Dani R. James**
Partner
T 212-715-9363
F 212-715-8069
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

June 2, 2021

<u>BY ECF</u>

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)</u>

Dear Judge Kaplan:

    We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel to Utah to visit his mother from June 3 to June 6, 2021. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. While Mr. Huber's probation officer has advised that her office takes no position on travel requests of this type, the government, by Assistant United States Attorney Josh Naftalis, consents to this application.

    Sincerely,

    /s/ Dani R. James
Dani R. James
Nolan J. Robinson
Kramer Levin Naftalis & Frankel LLP
*Attorneys for Theodore Huber*

Cc (by email): Ian McGinley and Josh Naftalis
    *Assistant United States Attorneys*

    Lisa van Sambeck
    *U.S. Probation Officer*