# Kramer Levin

**Dani R. James**  
Partner  
T 212-715-9363  
F 212-715-8069  
DJames@KRAMERLEVIN.com

1177 Avenue of the Americas  
New York, NY 10036  
T 212.715.9100  
F 212.715.8000

March 3, 2022

<u>BY ECF</u>

Hon. Lewis A. Kaplan  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: <u>United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)</u>

Dear Judge Kaplan:

We write on behalf of Theodore Huber to respectfully request that Mr. Huber be permitted to travel with friends to South Carolina from March 14 to March 16. Mr. Huber's current bail conditions restrict his travel to the Southern and Eastern Districts of New York and the District of Connecticut. The government, by Assistant United States Attorney Josh Naftalis, consents to this application, as does Mr. Huber's probation officer.

Sincerely,

/s/ Dani R. James  
Dani R. James  
Nolan J. Robinson  
Kramer Levin Naftalis & Frankel LLP  
*Attorneys for Theodore Huber*

Cc (by email): Josh Naftalis  
*Assistant United States Attorney*

Lisa van Sambeck  
*U.S. Probation Officer*

KRAMER LEVIN NAFTALIS & FRANKEL LLP  
KL3 3354624.1