

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

BY CM/ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. Christopher Worrall
       S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

    Attached for the Court's consideration, please find a proposed *nolle prosequi* for

the defendant Christopher Worrall.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney


    By:  /s/_____
      Joshua A. Naftalis
      Assistant United States Attorney
      (212) 637-2310

Enclosure

cc:  Counsel of Record